**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:   FOSAMAX PRODUCTS                          MDL Docket No. 1789
                                                                      Case No. 1:06-md-1789 JFK-JCF
LIABILITY LITIGATION

This document relates to:                                  Judge Keenan

*Sharp,* 07-7081                                              Magistrate Judge Francis
*Clinton,* 07-6236

_____/

**<u>NOTICE OF APPEARANCE</u>**

    PLEASE TAKE NOTICE that Lela M. Hollabaugh hereby enters her appearance as

counsel of record in the above referenced causes of action.  All inquiries, pleadings and court

documents should be filed and served upon the undersigned.

    DATED: August 25, 2008

                        Respectfully submitted,

                        s/Lela M. Hollabaugh
                        Lela M. Hollabaugh (TN BPR #14894)
                        Waller Lansden Dortch & Davis, LLP
                        511 Union Street, Suite 2700
                        Nashville, TN  37219
                        Tel: 615-244-6380 / Fax: 615-244-6804
                        lela.hollabaugh@wallerlaw.com
                        Counsel for Defendant, Merck & Co., Inc.

1778873.13

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this the 25th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic filing to all counsel on the Service List for this case.  Parties may access this filing through the Court's system.

<div style="margin-left:50%">

s/Lela M. Hollabaugh
Lela M. Hollabaugh
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
Tel: 615-244-6380 / Fax: 615-244-6804
lela.hollabaugh@wallerlaw.com

</div>

1778873.13